IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:25-cr-00123-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ISHMAEL PETTY,

   Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 19, 2020, in the State and District of Colorado, and within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code Section 7(3), namely the United States Penitentiary, Administrative Maximum Security Facility, located in Florence, Colorado, the defendant, ISHMAEL PETTY, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill L.H., a human being.

   All in violation of Title 18, United States Code, Section 1111(a) and (b).

## COUNT 2

On or about September 19, 2020, in the State and District of Colorado, the defendant, ISHMAEL PETTY, while confined in a federal correctional institution, to wit: the United States Penitentiary, Administrative Maximum Security Facility, located in Florence, Colorado, under a sentence for a term of life imprisonment, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill L.H., a human being.

All in violation of Title 18, United States Code, Section 1118(a).

## NOTICE OF SPECIAL FINDINGS
## PURSUANT TO 18 U.S.C. §§ 3591 and 3592
### (Counts 1-2)

**The Grand Jury Further Finds:**

1. The Defendant ISHMAEL PETTY:

    a. Was 18 years of age or older at the time of the offenses (18 U.S.C. § 3591(a));

    b. Intentionally killed the victim L.H. (18 U.S.C. § 3591(a)(2)(A));

    c. Intentionally inflicted serious bodily injury that resulted in the death of the victim L.H. (18 U.S.C. § 3591(a)(2)(B));

    d. Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim L.H. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

    e. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim L.H. died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

    f. Committed a crime prohibited by 18 U.S.C. § 1111(a) and (b) and the death

occurred during the commission or attempted commission of a crime prohibited by 18 U.S.C. § 1118(a) (prisoners serving life term) (18 U.S.C. §3592(c)(1));

g. Has previously been convicted of a Federal or State offense, punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm against another person (18 U.S.C. §3592(c)(2));

h. Has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute (18 U.S.C. §3592(c)(3));

i. Has previously been convicted of two or more Federal or State offenses, punishable by a term of imprisonment of more than one year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person (18 U.S.C. §3592(c)(4)).

j. Committed the offense after substantial planning and premeditation to cause the death of L.H. a person (18 U.S.C. §3592(c)(9));

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

J. BISHOP GREWELL
Acting United States Attorney

By: s/ Brian Dunn
Brian Dunn
By: s/ E. Garreth Winstead
E. Garreth Winstead
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600

Denver, CO 80202
Telephone: 303-454-0200
E-mail: Brian.Dunn@usdoj.gov
E-mail: Garreth.Winstead@usdoj.gov
Attorneys for Government