pg. 1 oF

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2025

JEFFREY P. COLWELL
CLERK

Motion


Criminal Action No. 25-cr-123-DDD


UNITED STATES OF AMERICA,

     Plaintiff,

v.

    ISHMAEL PETTY,

     Defendant.

---

## ELECTION TO PROCEED WITHOUT COUNSEL

---

    Ishmael Petty, through his pro se motion, petitions and request this Court for an Order that he be allow to represent himself in this matter and to dismiss counsel previously appointed. In support of this petition, Mr. Petty has attach an 'Ineffective Assistance oF Counsel Motion' to this petition and state that:

1

3

1. My name is Ishmael Petty, and that I am the defendant in this matter. I am currently in the custody of the Federal Bureau of Prisons (BOP), at a facility known as the Federal Correctional Complex ("FCC") in Florence, Colorado, which includes the "ADX" and is were I am currently being housed.

2. I have been fully advised of the charges and the nature of the charges against me in this action, including the potential consequences if I am convicted of these charges.

3. I have been fully advised of my right to be represented by counsel in this matter, and to have counsel appointed to represent me in this matter at every stage of the proceeding.

4. I understand that there are dangers involved in self-representation and that this danger of self-representation is heighten especially in death penalty cases.

5. I understand that if I waive my right to counsel now, I also waive the right to later claim that I received ineffective assistance of counsel.

pg. 3 oF

3

6. I am in full possesion of my faculties and not under any disability.

7. I agree to abide by the rules of procedure and courtroom protocol.

In light of this, I request that I be granted my constitutional right under the Sixth Amendment to represent myself in this matter, and knowingly, voluntarily, intelligently, and finally waive all of my right to the assistance of counsel in this matter.

Respectfully submitted on April 29, 2025

Ishmael Petty, #10783-042
U.S. Penitentiary — Max.
P.O. Box 8500
Florence, Colorado 81226
Defendant, pro se



Back

Name:_____
Reg No:_____
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



Reg No: 10708-5__
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Legal Mail

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 2387 3948 85



MAY 01 2025
ZIP 81226
02 7H
0005951581
$ 000.00¹
US POSTAGE

OFFice oF THE Clerk
United States District Court

