IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

---

## MOTION TO RESTRICT DOCUMENT

---

Attorney David Maxted respectfully moves this Court for a Level 3 Restriction to document 50 filed on May 7, 2025, as well as the Brief In Support of this Motion. Counsel requests a Level 3 restriction which would make document 50 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

DATED: May 7, 2025

                                        Respectfully Submitted,

                                        *s/ David G. Maxted*
                                        David G. Maxted
                                        Maxted Law LLC
                                        1543 Champa Street
                                        Suite 400
                                        Denver, CO 80202
                                        (720) 717-0877
                                        dave@maxtedlaw.com

                                        Patrick J. Burke, #4943
                                        Patrick J. Burke, P.C.
                                        303 16th Street, Suite 200
                                        Denver, CO 80202

(303) 825-3050
Patrick-j-burke@msn.com


Jamie Hubbard, #48552
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
***Attorneys for Ishmael Petty***


**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing document was electronically filed via CM/ECF and will be served to all parties in this case as well served as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

    *s/ David G. Maxted*
    David G. Maxted

2