IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISHMAEL PETTY,

    Defendant.

## MOTION TO RESTRICT DOCUMENT

    COMES NOW, Attorney Jamie Hubbard, and hereby respectfully moves this Court for a Level 3 Restriction to document 82 filed on June 27, 2025, as well as the Brief in Support of this Motion. Counsel requests a Level 3 restriction which would make document 82 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

    DATED: June 27, 2025

    Respectfully Submitted,

*s/ Patrick J. Burke*
Patrick J. Burke, #4943
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, CO 80202
(303) 825-3050
Patrick-j-burke@msn.com

1

        *s/ David G. Maxted*
        David G. Maxted, #52300
        Maxted Law LLC
        1543 Champa Street Suite 400
        Denver, CO 80202
        (720) 717-0877
        dave@maxtedlaw.com

        *s/ Jamie Hubbard*
        Jamie Hubbard, #48552
        Stimson LaBranche Hubbard, LLC
        1652 Downing Street
        Denver, Colorado 80218
        720-689-8909
        Hubbard@slhlegal.com

        *Attorneys for Ishmael Petty*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2025, a true copy of the foregoing document was electronically filed via CM/ECF and will be served to all parties in this case as well served as noted below.

Sent via First Class Mail to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

        *s/ Nancy Hickam*
        Nancy Hickam, Paralegal