**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cr-00123-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ISHMAEL PETTY,

      Defendant.

_____

**MOTION TO RESTRICT DOCUMENT**
_____

      COMES NOW, Attorney Jamie Hubbard, and hereby respectfully moves this Court for a Level 3 Restriction to document 93 filed on July 8, 2025, as well as the Brief in Support of this Motion.  Counsel requests a Level 3 restriction which would make document 93 and the Brief in Support "viewable only by the Court and defendant's counsel" in this case.

      Respectfully submitted this 8th day of July, 2025.


               *s/ Jamie Hubbard*_____

               Patrick J. Burke, #4943
               Patrick J. Burke, P.C.
               303 16th Street, Suite 200
               Denver, Colorado 80202
               303-825-3050
               Patrick-j-burke@msn.com

David G. Maxted, #52300
Maxted Law LLC
1543 Champa Street, Suite 400
Denver, Colorado 80202
720-717-0877
Dave@maxtedlaw.com

Jamie Hubbard, #48552
Kathryn Stimson, #36783
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, Colorado 80218
720-689-8909
Hubbard@slhlegal.com
stimson@slhlegal.com

*Attorneys for Ishmael Petty*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a true copy of the foregoing document was electronically filed via CM/ECF and will be served only on the Court and counsel to Mr. Petty, and will be served as noted below.

Via hand delivery on July 10, 2025 to:
Mr. Ishmael Petty, 10783-042
U.S. Penitentiary
Administrative Maximum
PO BOX 8500
Florence, CO 81226-8500

*s/ Nancy Hickam*
　Nancy Hickam, Paralegal