IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Criminal Case No. 1:25-cr-00123-CNS-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ISHMAEL PETTY,

     Defendant.

---

## INITIAL SCHEDULING ORDER

---

Before the Court are the parties' proposed initial scheduling orders. ECF No. 199. As stated at the hearing held on April 27, 2026, ECF No. 204, the Court adopts in part the following initial deadlines:

**April 15, 2026:** Defendant's additional discovery requests due to the Government.

**April 20, 2026:** Government's response due with yes/no to each request

**June 20, 2026:** Completion of non-expert Fed. R. Crim. P. 16 discovery for all parties; the United States shall make available to the defendant, by the time required by the applicable law, all material for which disclosure is mandated by *Brady v. Maryland*, 373 U.S. 83 (1963). [*]

**July 1, 2026:** Defendant's discovery motions due.

**July 24, 2026:** Government's responses to Defendant's discovery motions due.

**Aug. 3, 2026:** Defendant's replies to discovery motions due.

---

[*] This deadline is subject to the parties' continuing discovery obligations.

1

**Aug. 2026:**　　Hearing on Discovery motions at Court's discretion.

**Oct. 2, 2026:**　　1) Constitutional motions due relating to capital punishment, including, but not limited to, challenges to the Federal Death Penalty Act, *per se* challenges to the death penalty, any claim that the government is categorically precluded from seeking the death penalty due to the age and/or mental health of the defendant, and challenges to Special Findings in the Indictment.

2) Motion(s) to Dismiss/Strike the Special Findings in the Indictment and/or Notice of Intent to Seek the Death Penalty due, including motions attacking the sufficiency of notice and/or validity of aggravating factors.

3) Challenges to Death Qualification due.

4) Defense to provide reciprocal discovery pursuant to Fed. R. Crim. P. 16(b)(1).

**Oct. 29, 2026:**　　Government's responses to capital motions due.

**Nov. 10, 2026:**　　Defendant's replies regarding capital motions due.

**Late Nov. 2026:**　　Hearing regarding capital motions, if necessary.

Following the Court's ruling on any defense discovery motions, the Court will direct the parties to promptly confer to establish a supplemental scheduling order.

DATED this 27th day of April 2026.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge